NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**28920**
**17-SEP-2012**
**08:34 AM**

NO. 28920

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KATHLEEN M. CARSTENSEN, Plaintiff-Appellee, v.
RICHARD D. CARSTENSEN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 01-1-2705)

ORDER OF CORRECTION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

IT IS HEREBY ORDERED that the Memorandum Opinion filed on September 12, 2012, is corrected as follows:

On page 5, in the first sentence of footnote 5, insert the letter "b" between the opening and closing parentheses immediately following the initial number "60" so that it reads:

HFCR Rule 60(b) is similar to Rule 60(b), Hawaiʻi Rules of Civil

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, September 17, 2012.

Chief Judge

Associate Judge

Associate Judge